IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN YVETTE COOK,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>  Defendants. | No. 2:21-CV-0893-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion, ECF No. 25, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declaration stating the need for a copy of the original complaint, which has been provided by the Clerk of the Court separately, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: April 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1