IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN YVETTE COOK,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>Defendants. | No. 2:21-CV-0893-WBS-DMC-P<br><br><br><br>ORDER |

   Plaintiff, an inmate proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

   On April 12, 2022, the Court directed Plaintiff to file a first amended complaint within 30 days. See ECF No. 27. As of June 27, 2022, Plaintiff had not complied and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court orders and rules. See ECF No. 30; see also Local Rule 110. On July 11, 2022, Plaintiff filed objections to the Court's findings and recommendations. See ECF No. 31. In Plaintiff's objections, Plaintiff states that she was unable to file an amended complaint due to a lock-down at her institution. See id. Good cause appearing therefor based on Plaintiff's objections, the Court will vacate the June 27, 2022, findings and recommendations and provide Plaintiff additional time to file a first amended complaint.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 27, 2022, are vacated; and

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated: August 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2